AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CHARLSTON D. HARPER,
                    Plaintiff,

                                                    JUDGMENT IN A CIVIL CASE

                    v.

SPOKANE COUNTY JAIL, et al.,
                    Defendants.                     CASE NUMBER: CV-09-50-LRS


☐  **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒  **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED the complaint is dismissed without prejudice pursuant to the Order Dismissing Complaint Without Prejudice entered on August 31, 2009, Ct. Rec. 15.


August 31, 2009                                     JAMES R. LARSEN
_____                    _____
*Date*                                              *Clerk*
                                                    s/ Cora Vargas
                                                    _____
                                                    *(By) Deputy Clerk*
                                                    Cora Vargas